UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ROBINSON,<br>    Plaintiff,<br>  v.<br>R. CASTELLON, et al.,<br>    Defendants. | Case No. 17-cv-06764-MEJ (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983 complaining of events at the Deuel Vocational Institution ("DVI"). DVI is located in San Joaquin County within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District. Venue therefore is proper in the Eastern District, and not in this one. See 28 U.S.C. § 1391(b).

Plaintiff properly filed his case in the Easter District, but the Eastern District transferred the case to this court in the mistaken belief that DVI is in Alameda County. Accordingly, in the interests of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED back to the United States District Court for the Eastern District of California. The Clerk of the Court is directed to transfer the case forthwith.

**IT IS SO ORDERED.**

Dated: December 4, 2017

---
MARIA-ELENA JAMES
United States Magistrate Judge