UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ROBINSON,<br><br>    Plaintiff,<br><br>    v.<br><br>R. CASTELLON, et al.,<br><br>    Defendants. | No. 2:17-cv-2550 DB P<br><br><br>ORDER |

Plaintiff is a state inmate proceeding pro se with a civil rights action under 42 U.S.C. § 1983. Plaintiff claims defendants were deliberately indifferent to his safety in violation of the Eighth Amendment. By order dated December 26, 2018, the court screened plaintiff's complaint. (ECF No. 16.) The court found plaintiff stated an Eighth Amendment claim against defendants Castellon, Jacobs, and Walthall. The court also found plaintiff failed to state a claim against the ten Doe defendants. Plaintiff was given the option to proceed on the complaint as screened or to file an amended complaint. Plaintiff has informed the court that he wishes to file an amended complaint. (ECF No. 19.)

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is granted thirty days from the date of service of this order to file an amended complaint that complies with the court's December 26, 2018 screening order (ECF No. 16), the Federal Rules of Civil Procedure, and the Local Rules of Practice.

1

2. The amended complaint must bear the docket number assigned to this case and must be labeled "First Amended Complaint."

3. Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: January 18, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/prisoner-civil rights/robi2550.Amd